PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANLIN HE<br><br>Defendant. | Citation No. 1:16-po-00070-SAB<br>(Citation #5007029)<br><br>MOTION AND ORDER FOR DISMISSAL |

On September 29, 2016, co-defendant Jian Zou, Case No. 1:16-po-00068, forfeited collateral in the amount of $175 regarding citation number 5007030.  The United States verified payment through a records inquiry of the Central Violations Bureau on September 30, 2016, and also submitted a Stipulation and Proposed Order to Vacate the trial date as to Ms. Zou and close the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     Accordingly, the United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00070-SAB against HANLIN HE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 5, 2016                      Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                                 Acting United States Attorney

                           By:    /s/ Michael G. Tierney
                                                 MICHAEL G. TIERNEY
                                                 Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00070-SAB against HANLIN HE be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 5, 2016**

_____
UNITED STATES MAGISTRATE JUDGE